FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 23 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re: THOMAS G. DEAN

1:12-MI-0008

O R D E R

Pursuant to a December 22, 2000, order in <u>Dean v. Peach State Mortgage, et al.</u>, 1:98-CV-2901-CAP (N.D. Ga. 2010), Mr. Dean is prohibited from filing lawsuits in this court without obtaining leave to do so by federal district judge.

On January 17, 2012, Mr. Dean attempted to file a lawsuit with the Clerk of Court. The proposed complaint and supporting documentation has been submitted to the undersigned for consideration. The documents appear to be an attempt to remove from the municipal court of the City of Chamblee proceedings involving citations issued to Mr. Dean for the open storage of an appliance and trash on his property. This court does not have jurisdiction to adjudicate such matters. Moreover, to the extent that Mr. Dean seeks an intervention into the municipal court's criminal process, that action is barred by <u>Younger v. Harris</u>, 401 U.S. 37, 41 (1971).

Accordingly, the undersigned declines to grant permission for Mr. Dean to file his proposed complaint and supporting documentation in this court. The clerk is DIRECTED to index this order in a miscellaneous file. The clerk is further DIRECTED to send a copy of this order to Mr. Dean at 2337 Terrell Dr., Atlanta, GA 30341.

SO ORDERED, this 23rd day of January, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge